IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  11-cv-01657-MSK-BNB

BRUCE LAMBRECHT,

Plaintiff,

v.

VENTYX INC.,

Defendant.
_____

## ORDER
_____

This matter arises on the **Joint Motion to Vacate Scheduling Conference and Requirements Set Forth in the Order Setting Scheduling Conference and Rule 26(f) Planning Meeting** [Doc. # 11, filed 8/29/2011] (the "Motion").  Good cause having been shown,

IT IS ORDERED:

(1) The scheduling conference set for September 20, 2011, at 8:30 a.m., and related deadlines are VACATED.

(2) The parties shall file a status report on or before the earlier of (a) December 1, 2011, or (b) ten days after the district judge rules on the pending Motion to Stay [Doc. # 4 (sealed)], if that motion is not granted.

Dated August 31, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge