IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  11-cv-01657-MSK-BNB

BRUCE LAMBRECHT,

Plaintiff,

v.

VENTYX INC.,

Defendant.

_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

_____

This matter arises on the following:

(1)      **Defendant's Motion to Stay . . . .** [Doc. #4, filed 06/27/2011] (the "Motion");[1]

and

(2)      Plaintiff's Response to Defendant's Motion to Stay Action and Stipulation to Stay

[Doc. #9, filed 07/13/2011].

The parties seek a stay of this action while the plaintiff's claims are arbitrated  in Atlanta,

Georgia.[2]  The defendant also seeks an order administratively closing the case pursuant to

D.C.COLO.LCivR 41.2.  Good cause having been shown,

I respectfully RECOMMEND:

(1)      The Motion [Doc. # 4] be GRANTED;

_____

[1]The Motion was referred to me on November 16, 2011 [Doc. #15].

[2]The plaintiff initiated the arbitration proceeding on July 18, 2011.  *Joint Motion to
Vacate Scheduling Conference . . . .* [Doc. #11], ¶¶ 5-6.

(2)      The case be stayed pending resolution of the arbitration proceeding; and

(2)      The case be administratively closed pursuant to D.C.COLO.LCivR 41.2.

Dated November 17, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2