IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01657-MSK-BNB

BRUCE LAMBRECHT,

    Plaintiff,

v.

VENTYX INC.,

    Defendant.

_____

### ORDER OF DISMISSAL
_____

THIS MATTER comes before the Court on the Unopposed Motion to Reopen and Dismiss With Prejudice (Motion) (**#21**) filed January 31, 2012.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and this matter is reopened in order to enter this Order dismissing all claims asserted in this action, with prejudice, each party to pay his, her or its own costs and attorney's fees.  The Clerk is directed to close this case.

DATED this 31st day of January, 2012.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge